**Michael G. McClory, OSB No. 974534**
mmcclory@cablehuston.com
Cable Huston LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201
503-224-3092 (Telephone)

*Attorney for Defendant FedEx Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **MYRNA SUE HUNTER,** | Case No. _____ |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| **FEDEX, a domestic corporation,** | **DEMAND FOR JURY TRIAL** |
| **Defendant.** | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for improperly named Defendant, FedEx Corporation, hereby certifies that it is a publicly held company for which there is no parent company.  The proper Defendant, FedEx Corporate Services, Inc., is 100% owned by FedEx Corporation.

///

PAGE 1 – DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Dated: August 18, 2022

CABLE HUSTON LLP


 s/ Michael G. McClory
Michael G. McClory, OSB No. 974534
mmcclory@cablehuston.com
CABLE HUSTON LLC
1455 SW Broadway, Suite 1500
Portland, OR 97201
Tel:  503-224-3092

*Attorney for Defendant,*
*FEDEX CORPORATION.*

PAGE 2 – DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2022, a true and correct copy of the foregoing document

was served via transmission of Notices of Electronic Filing generated by CM/ECF and by U.S.

Mail on the party of record listed below:

Christine S. Mascal, Esq.
Mascal Law, LLC
2905 NE Broadway
Portland, OR 97232
503-320-1020


s/ Michael G. McClory
Michael G. McClory, OSB No. 974534
mmcclory@cablehuston.com
CABLE HUSTON LLC
1455 SW Broadway, Suite 1500
Portland, OR 97201
Tel:  503-224-3092

*Attorney for Defendant,*
*FEDEX CORPORATION*